UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

<u>VERSUS</u>

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
_____

Plaintiff ( Oscar Dantzler ) requests that the clerk of court enter default against defendant (<u>Alvin Johnson, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney</u>, LLC, et al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119 ) pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 15th day of MAY, 2024.

_____
Oscar Dantzler, Plaintiff

**RECEIVED**
MAY 15 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

**STATE OF OUISIANA**
**COUNTY OF TANGIPAHOA**

I, _Oscar Dantzler_ came and appeared before me, the undersigned authority in and for the jurisdiction of aforesaid, the within named

_Oscar Dantzler_, Who, having first been Duly sworn by me, stated on oath the following:

I am the plaintiff of record in the above-entitled action and plaintiff is familiar with the file, records, and pleadings in this matter.

The summons and complaint were filed on April 05, 2024.

That defendant, <u>Alvin Johnson, Individually and in his capacity as an attorney through Davis, Johnson and Teamer Attorney, LLC, et al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119</u> was served with a copy of summons and complaint on April 19, 2024 as reflect on the docket sheet by proof of service filed on April 24, 2024.

An answer to the complaint was due on May 10, 2024

Defendant has failed to appear, plead or otherwise defend within the time allowed and therefore is now in default.

Plaintiff request that the clerk of court enter default against the defendant.

                                                            Oscar Dantzler, Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME, this __15th__ day of __May__, 2024.

__Annie Laurie Seeger__
NOTARY PUBLIC   Annie Laurie Seeger #155966

My commission Expires: __life__

4.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

DEFENDANTS

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

ENTRY OF DEFAULT

---

Plaintiff (Oscar Dantzler ) requests that the clerk of court enter default against defendant Alvin Johnson, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, et al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119 pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant, Alvin Johnson, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, et al, is hereby enter pursuant to Federal Rule of Civil Procedure 55 (a)

Dated this _____ day of _____, 2024.

_____
Clerk of Court, U.S.D.C.

5.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

## CERTIFICATE OF SERVICE

I, ( Oscar Dantzler), hereby certify that I the Plaintiff, and am of such age and discretion as to be competent to serve papers and I have served defendant with the court summons and a copy of the court complaint by certified mail with signature return receipt. I further certify that on this date, I caused a copy of the Motion for Entry of Default, Affidavit in Support of the Motion for Entry of Default, and Proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of the defendant, and deposited the envelope in the United States mail. Addressee:

TO: DEFENDANT- Alvin Johnson, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, et al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119

Dated this  15th  day of  MAY , 2024.

_____,
Oscar Dantzler, Plaintiff

6.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PLAINTIFF**<br>Oscar Dantzler<br>1203 Apple St.<br>P.O. Box 1786<br>Hammond, La 70404<br>504-554-1818<br>oscardantzler@yahoo.com | CASE #1:24-CV-00986<br><br>JUDGE, Reyes, Ana C. |

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**
_____

Plaintiff ( Oscar Dantzler ) requests that the clerk of court enter default against defendant (Cherie Teamer Henley, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, and their agents one through five, t al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119 )pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 15th day of May, 2024.

_____
Oscar Dantzler, Plaintiff

1.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT**

STATE OF OUISIANA
COUNTY OF TANGIPAHOA

I, _Oscar Dantzler_ came and appeared before me, the undersigned authority in and for the jurisdiction of aforesaid, the within named

_Oscar Dantzler_, Who, having first been Duly sworn by me, stated on oath the following:

I am the plaintiff of record in the above-entitled action and plaintiff is familiar with the file, records, and pleadings in this matter.

The summons and complaint were filed on April 05, 2024.

That defendant, <u>Cherie Teamer Henley, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, and their agents one through five, et al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119,</u> was served with a copy of summons and complaint on April 19, 2024 as reflect on the docket sheet by proof of service filed on April 24, 2024.

2.

An answer to the complaint was due on May 10, 2024

Defendant has failed to appear, plead or otherwise defend within the time allowed and therefore is now in default.

Plaintiff request that the clerk of court enter default against the defendant.

                                                          Oscar Dantzler, Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME, this __15th__ day of __May__, 2024.

NOTARY PUBLIC   Annie Laurie Seeger #155966

My commission Expires: __1/18__

3.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

DEFENDANTS

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

ENTRY OF DEFAULT

---

Plaintiff (Oscar Dantzler ) requests that the clerk of court enter default against defendant Cherie Teamer Henley, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, and their agents one through five, t al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119 pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Cherie Teamer Henley, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, and their agents one through five, et al, is hereby enter pursuant to Federal Rule of Civil Procedure 55 (a)

Dated this _____ day of _____, 2024.

_____
Clerk of Court, U.S.D.C.

4.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

## CERTIFICATE OF SERVICE

I, ( Oscar Dantzler), hereby certify that I the Plaintiff, and am of such age and discretion as to be competent to serve papers and I have served defendant with the court summons and a copy of the court complaint by certified mail with signature return receipt. I further certify that on this date, I caused a copy of the Motion for Entry of Default, Affidavit in Support of the Motion for Entry of Default, and Proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of the defendant, and deposited the envelope in the United States mail. Addressee:

TO: DEFENDANT- Cherie Teamer Henley, Individually and in his capacity as an attorney through Davis, Johnson, and Teamer Attorney, LLC, and their agents one through five, t al, 2661 Gravier Street Ste ( B ), New Orleans, La. 70119

Dated this _15th_ day of _MAY_____, 2024.

_____,
Oscar Dantzler, Plaintiff

5.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

<u>VERSUS</u>

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

---

Plaintiff ( Oscar Dantzler ) requests that the clerk of court enter default against defendant <u>Anthony Lloyd Jackson, Jr., Individually and in his capacity as the President / CEO of City One Security and Investigative Agency, LLC and his agents one through five, et al 4790 Marque Drive, New Orleans, La. 70127</u> pursuant to Federal Rule of Civil Procedure 55(a).

In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 15th day of MAY, 2024.

_____
Oscar Dantzler, Plaintiff

1.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT**

STATE OF OUISIANA
COUNTY OF TANGIPAHOA

I, _Oscar Dantzler_ came and appeared before me, the undersigned authority in and for the jurisdiction of aforesaid, the within named

_Oscar Dantzler_, Who, having first been Duly sworn by me, stated on oath the following:

I am the plaintiff of record in the above-entitled action and plaintiff is familiar with the file, records, and pleadings in this matter.

he summons and complaint were filed on April 05, 2024.

That defendant, Anthony Lloyd Jackson, Jr., Individually and in his capacity as the President / CEO of City One Security and Investigative Agency, LLC and his agents one through five, et al 4790 Marque Drive, New Orleans, La. 70127 was served with a copy of summons and complaint on April 19, 2024 as reflect on the docket sheet by proof of service filed on April 24, 2024.

2.

An answer to the complaint was due on May 10, 2024

Defendant has failed to appear, plead or otherwise defend within the time allowed and therefore is now in default.

Plaintiff request that the clerk of court enter default against the defendant.

_____
Oscar Dantzler, Plaintiff

SWORN TO AND SUBSCRIBED BEFORE ME, this ___15th___ day of ___May___, 2024.

_Annie Laurie Seeger_
NOTARY PUBLIC   Annie Laurie Seeger
#155966

My commission Expires: __life__

3.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

**ENTRY OF DEFAULT**

Plaintiff (Oscar Dantzler ) requests that the clerk of court enter default against defendant Anthony Lloyd Jackson, Jr., Individually and in his capacity as the President / CEO of City One Security and Investigative Agency, LLC and his agents one through five, et al 4790 Marque Drive, New Orleans, La. 70127 pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Anthony Lloyd Jackson, Jr., Individually and in his capacity as the President / CEO of City One Security and Investigative Agency, LLC and his agents one through five, et al 4790 Marque Drive, New Orleans, La. is hereby enter pursuant to Federal Rule of Civil Procedure 55 (a)

Dated this _____ day of _____, 2024.

_____
Clerk of Court, U.S.D.C.

4.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

<u>VERSUS</u>

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

## CERTIFICATE OF SERVICE

I, ( Oscar Dantzler), hereby certify that I the Plaintiff, and am of such age and discretion as to be competent to serve papers and I have served defendant with the court summons and a copy of the court complaint by certified mail with signature return receipt. I further certify that on this date, I caused a copy of the Motion for Entry of Default, Affidavit in Support of the Motion for Entry of Default, and Proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of the defendant, and deposited the envelope in the United States mail. Addressee:

TO: DEFENDANT- <u>Anthony Lloyd Jackson, Jr., Individually and in his capacity as the President / CEO of City One Security and Investigative Agency, LLC and his agents one through five, et al 4790 Marque Drive, New Orleans, La. 70127</u>

Dated this __15th__ day of __MAY__, 2024.

_____,
Oscar Dantzler, Plaintiff

5.

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Oscar Dantzler
1203 Apple St.
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE #1:24-CV-00986

JUDGE, Reyes, Ana C.

**VERSUS**

DEFENDANTS

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, AND ALVIN JOHNSON, INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, ET AL

TO: United States District Court for the District of Columbia
   Clerk of Court Office
   333 Constitution Avenue N.W., Room 1225
   Washington, D.C. 20001
   202-354-3080

   Enclosed you would find plaintiff's motions for entry of default, affidavit in support of entry of default , entry of default, and the certificate of service against Alvin Johnson, Cherie Teamer Henley and Anthony Jackson, Jr.,. Please enter entry of defaults against defendants and Please, file into court records.

Thank you,

OSCAR C. DANTZLER, JR.
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(504)554-1818
Email-Oscardantzler@yahoo.com

1.