### UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

### FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**

**Oscar Dantzler**
**1203 Apple Street**
**Hammond, La. 70401**
**P.O. Box 1786**
**Hammond, La 70404**
**504-554-1818**
oscardantzler@yahoo.com

**CASE 1:24-CV-00986**

**JUDGE, REYES, ANA C**

**VERSUS**

**_____ DEFENDANTS**

**WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE AND YOLANDA CEZAR, INDIVIDUALLY AND IN HER CAPACIPTY AS AN ATTORNEY THROUGH THE LOUISIANA ATTORNEY DISCIPLINARY BOARD AS THE SCREENING COUNSEL FOR THE LOUISIANA ATTORNEY DISPLINARY BOARD , ET, AL**

### PLAINTIFF'S OPPOSITION MOTION TO DEFENDANT'S NOTICE OF ANTICIPATED DISPOSITIVE MOTION

NOW INTO COURT COMES, the plaintiff, Oscar Dantzler, Jr., a resident of full age

of majority of the Parish of Tangipahoa, State of Louisiana, and a citizen in the United

States of America with PLAINTIFF'S OPPOSITION MOTION TO DEFENDANT'S NOTICE OF

ANTICIPATED DISPOSITIVE MOTION and respectfully shows that it would be in the best

interest of justice to wit:

#### A.

Plaintiff's embraces this Honorable Court.

#### B.

Plaintiff advises court that plaintiff have filed in plaintiff's original complaint

Jurisdiction for Federal Question, 28 U.S.C. Section 1367 affording supplemental

jurisdiction over Plaintiff's state law claims and jurisdiction pertaining to other Federal

*1.*



**RECEIVED**

MAY 20 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Statures and Jurisdiction under the United States Federal Constitutional in which plaintiff will refer the court to plaintiff's original complaint and Jurisdictions and jurisdiction and under the provision of the Rico Act, 18 U.S.C. 1961-1968..........etc

Bribery is the offering, giving, receiving, or soliciting of any item of value to influence the actions of an official, or other person, in charge of a public or legal duty and to incline the individual to act contrary to their duty and the known rules of honesty and integrity. With regard to governmental operations, essentially, bribery is "Corrupt solicitation, acceptance, or transfer of value in exchange for official action."

## FRAUD

In law, fraud is intentional deception to secure unfair or unlawful gain, or to deprive a victim of a legal right. Fraud can violate civil law (e.g., a fraud victim may sue the fraud perpetrator to avoid the fraud or recover monetary compensation) or criminal law (e.g., a fraud perpetrator may be prosecuted and imprisoned by governmental authorities), or it may cause no loss of money, property, or legal right but still be an element of another civil or criminal wrong.[1] The purpose of fraud may be monetary gain or other benefits, by way of false statements.[2]

Obstruction of justice, in United States jurisdictions, is an act that involves unduly influencing, impeding, or otherwise interfering with the justice system, especially the legal and procedural tasks of prosecutors, investigators, or other government officials. Common law jurisdictions other than the United States tend to use the wider offense of perverting the course of justice.

Obstruction can include crimes committed by judges, prosecutors, attorneys general, and elected officials in general.

1.

   Plaintiff advises this court that he suited WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE

2.

   Plaintiff advises this court that he suited THE 19TH JUDICIAL DISTRICT COURT, OFFICE FOR THE EAST BATON ROUGE PARISH COURT AND THEIR AGENT ONE-FIVE, ET, A

3.

   Plaintiffs advises the court that it is, plaintiff's understanding and knowledge that Judge William Jordan was elected to serve as judge for Division ( C ) to hear criminal matters and to hear only criminal matters, so plaintiff wants to know how did his civil case get before Judge, William Jorden for prosecution.

4.

   Plaintiff have submitted and attached clear convincing court evidence documents, exhibits to take Judicial Notice pursuant to Rule 201, of Federal Rules of Evidence, of all plaintiff's attached Exhibits to plaintiff's original complaint of the alleged conspiracy, the

2.

fraud and the perjury that was orchestrated by defendants against the plaintiff to have the plaintiff's name illegally to be remove from the October 2023 governor's election ballot and to have the plaintiff to be illegally disqualified from the October 2023 governor's election

5.

Plaintiff have filed a civil and a criminal complaint against defendants, William Jorden and the other defendants under the Rico Act also alleging criminal conspiracy against all, defendants in plaintiff's original complaint. Plaintiff alleges to the court that William Jorden, as the presiding judge and all defendants had intentionally plotted and planned this criminal conspiracy against the plaintiff that caused the plaintiff to be illegally disqualified from the 0ct. 14, 2023 Governor's Election and all defendants intentionally plotted and planned that caused the plaintiff's name to be remove illegally off the October 14, 2023 Governor's Election Ballot.

6.

Plaintiff alleges that defendants William Jorden and all other defendants took bribe the way plaintiff civil rights were intentionally constantly violated by the court, William Jorden on the trial date that was held by the court, judge, William Jorden and the other defendants, who were counsels for the other defendant Anthony Jackson, Jr. to have the plaintiff' to be illegally disqualified from the 0ct. 14, 2023 Governor's Election and to have the plaintiff's name to be remove illegally off the October 14, 2023 Governor's Election Ballot and all defendants should be called in personally for questions by their alleged criminal conspiracy illegal action that was done intentionally by their plan to have the plaintiff illegal to be disqualified from the October 14, 2023, G. E. race. and plaintiff should be allowed by this court to get to a jury so that a jury can infer from the circumstances of this case that there exist a conspiracy between some or all of the defendants to commit illegal malicious acts which violated the plaintiff constitutional rights under color of law and that those persons who are not immune from damages can be assed for damages regardless of the immunity of their conspirators and despite the fact that those are immune might be the only conspirators cloaked with legal authority. Plaintiff need not prove that every conspirator knew the exact details of the plan or the identity of all the participants, so long as the conspirators shared some of the conspiratorial objectives.

## REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO BE TAKEN AGAIN AGAINST DEFENDANT(S)

Plaintiff hereby requests the court to take Judicial Notice pursuant to Rule 201, Federal Rules of Evidence, of all plaintiff's attached Exhibits prior with complaint and also to plaintiff's new attached exhibits alleging the mail fraud conspiracy involving the defendants and the U.S.P.O. mail route drivers not to be properly served a copy of this complaint and the court issued summons to support Plaintiff's Complaint and Plaintiff's Petition for a Writ of Mandamus for Injunction Relief and therefore, be made part of this suit. Please see the Attached Exhibits ( A ), 1-2, Plaintiff Attached Exhibit ( B ), 1-3 and please see Attached Exhibit ( C , 1-3 ) and please see Attached Exhibit ( D ), Exhibit ( E), and Exhibit ( F ) and please see Exhibit ( G ) strongly support plaintiff complaint of the

mail fraud and the conspiracy going on with the defendants just as plaintiff had filed against defendant, Jordan in plaintiff's original complaint. Plaintiff has other prior letters in his possession that he wouldn't attach at this time, because of the number of Exhibits.

NOTE:

Plaintiffs advises the court that his claims are not Barred by the Rooker-Feldman Doctrine.

Plaintiff's advises the court that his claims are not Barred by the Eleventh Amendment against WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, et al, because of plaintiff's alleged criminal conspiracy plan with the other defendants against him.

Plaintiffs advises the court that this court does not lacks jurisdiction, but does have jurisdiction claims over WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH Court AND AGENT ONE-FIVE, et al

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring such an action against WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE, et al

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring such an action against to sue THE 19TH JUDICIAL DISTRICT COURT FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE, et al

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring plaintiff's 42 USC 1993 claims and other federal claims against WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE, et al

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring Plaintiff's 42 USC 1983 claims against THE 19TH JUDICIAL DISTRICT COURT FOR THE EAST BATON ROUGE PARISH COURTAND AGENT ONE-FIVE, et al

### 42 U.S. Code § 1983 - Civil action for deprivation of rights

Plaintiff contends that plaintiff does have a cause of action against defendant, Jorden by his illegal plan by participating in the criminal conspiracy with the other defendants, his other conspirators illegal criminal conspiracy actions under the 41 U.S. CODE $ 1983 that was caused against plaintiff by them that caused the plaintiff's civil and criminal rights to be violated at the court proceeding that was held by defendant, Jorden at trial that day.

4.

Plaintiff contends that plaintiff does have a cause of action against defendant, THE 19TH JUDICIAL DISTRICT COURT FOR THE EAST BATON ROUGE PARISH COURTAND AGENT ONE-FIVE, et al because of their illegal actions under the 41 U.S. CODE $ 1983 that was caused against plaintiff by them that caused the plaintiff's civil and criminal rights to be violated at the court proceeding that was held by defendant, Jorden at trial that day, by not turning over plaintiff's transcript request of the trail after plaintiff had filled out proper transcript paper work and after plaintiff had paid the court for such to be turn over to plaintiff.

Plaintiff have asserted criminal complaint(s) in Plaintiff's Original complaint stated in paragraph # 8

Plaintiff advises the court that he has sought relieve against the defendants by filing a criminal complaint with the U.S.D.O.J. Office and U.S.F.B.I. Office and the State of Louisiana Attorney General Office and other local authorities offices , but the Governmental Office refuses to conduct a thorough criminal investigation of plaintiff's criminal complaint and the offices refuses to bring charges against said all defendant's for their criminal conspiracy plan that caused the plaintiff to be illegally disqualified from the October 14, 2023 Governor's Election Race, by the other conspirator, defendant by filing the Fraudulent and perjury petition into defendant, Jorden court against the plaintiff that the court intentionally participated in by his criminal conspiracy plan that caused the plaintiff to be illegally disqualified from the October 14, 2023 Governor's Election race.

Plaintiff further advises the court if just one of the above mention Governmental Office would have done their job to investigate plaintiff's conspiracy criminal complaint against all defendants their office would have proven that the criminal conspiracy plan between defendants, by the filing of the other defendant's fraudulent and perjury petition into defendant's Jorden court conspiracy and Jorden unethical acts that caused the plaintiff's to be illegally disqualified from the Governor's race, and because of defendant's Jordan participation with the other defendants, his conspirators plan.

## 42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

## 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring plaintiff's 42 USC 1985, (2, 3) claims and other federal claims against WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE, et al

Plaintiffs advises the court that the United States District Court for the District of Columbia is the proper Jurisdiction and Venue to bring Plaintiff's 42 USC 1985 (2-3) claims against THE 19TH JUDICIAL DISTRICT COURT FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE, et al

## (2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; all in which , defendant, Jordan interfered with... intentionally, because of his criminal conspiracy plan with his conspirators to plaintiff's to be illegally disqualified from the Oct. 14, 2023 G. E. race.

## (3) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators all in which defendant, Jorden interfered with intentionally, because of his criminal conspiracy plan with his conspirators to plaintiff's to be illegally disqualified from the Oct. 14, 2023 G. E. race.

## CONSPIRACY

Plaintiff shows that no direct evidence of the existence of a conspiracy between the named defendants is necessary, and that a jury can infer from the circumstances

6,

of this case that there exist a conspiracy between some or all of the defendants to commit illegal malicious acts which violated the plaintiff constitutional rights under color of law and that those persons who are not immune from damages can be assed for damages regardless of the immunity of their conspirators and despite the fact that those are immune might be the only conspirators cloaked with legal authority. Plaintiff need not prove that every conspirator knew the exact details of the plan or the identity of all the participants, so long as the conspirators shared some of the conspiratorial objectives. <u>HAMPTON vs. HANRAHAN 600 F2 nd 600, 620-623 (7th Cir.1979) cert. denied 446 US 754 (1980)</u>

1.

Plaintiffs advises the court that the United States District Court for the District of Columbia if Judge Jorden is entitled to judicial immunity for a civil action, however plaintiff strongly believes that judge Jorden should not and is not immune from his criminal actions and his criminal involvement in the conspiracy plan with the other defendants involving the fraudulent and perjury petition filed against plaintiff in his court that he had over looked intentionally because of his conspiracy with the other defendants that had the plaintiff's illegally disqualified from the October 14, 2023 Governor's Election.

2.

Plaintiffs advises the court that Judge Jorden should not be entitled to judicial immunity for his alleged criminal actions, however plaintiff strongly believes that judge Jorden should not and is not immune from his criminal actions and his criminal involvement in the conspiracy with the other defendants in the allegations that also are listed in the above paragraphs and the allegation that are also listed in below paragraphs……….etc and by the clear convincing mail fraud documents and the supervisors attached Exhibits that strongly support plaintiff criminal conspiracy claims against defendant, and the other defendants who are his conspirators.

3.

Plaintiff advised this court that Williams Jorden had personal knowledge that I was not a license attorney and that's why he objected to my one day of continue so that I could not retain me a counsel to represent me in these proceedings and therefore he have violated the Code of Judicial Conduct and he had violated my Federal Constitutional Rights intentionally so therefore he took advantage of this opportunity against plaintiff by engaging in an improper ethical manner by supporting and participating with the plaintiff, Anthony Jackson and the defendant's counsels with his / their fraudulent and perjury petition that were filed against plaintiff in the 19th JDC. court records, and by the proceedings that had been taken against me involving the trial. However, he had a chance to stop his involvement but instead he went on and participated in their conspiracy plan to get plaintiff illegally disqualified from the governor's race.

4.

Plaintiff advised this court that William Jorden is a license attorney and an elected district judge for the State of Louisiana, and he has violated the law by his criminal actions by involving himself with the conspiracy, fraud and perjury and other unethical acts involving this case and I also advised me have violated the Code of Judicial Conduct by participating himself with the conspiracy, fraud and perjury and other unethical acts that were committed against plaintiff  by the defendants and the defendant's attorneys that was

filed into the court records intentionally to get plaintiff illegally disqualified from the governor's race.

5.

Plaintiff advised this court that William Jorden is a license attorney and an elected district judge for the State of Louisiana, and he violated the law by his criminal actions by involving himself with the conspiracy, fraud and perjury and other unethical acts involving this case and I also advised that he have violated the Louisiana Supreme Court Rule XIX that govern the Rule of Professional Conduct by participating himself with the conspiracy, fraud and perjury and other unethical acts that were committed against plaintiff by not addressing the fraud and perjury petition that was filed in his court before him and he had encouraged and participated with the defendant' and the defendant's counsels involving the conspiracy, perjury and fraud that he had personal knowledge of involving the trial that were held by him intentionally to get plaintiff illegally disqualified from the governor's race.

6.

Plaintiff advised this court that William Jorden has engaged in improper ethical by supporting and participating with Anthony Jackson in / with his fraudulent and perjury petition that were filed against plaintiff in the 19 JDC, court.

7.

Plaintiff advised this court that William Jorden have engaged in improper ethical by supporting and participating with Anthony Jackson in / with his fraudulent and perjury petition that were filed against plaintiff in the 19th JDC, court records; however, the Fraudulent and perjury Petition was prepared by the defendants and the defendant's counsels in which they had personal knowledge of.

8.

Plaintiff advised this court that William Jorden have engaged in improper ethical by supporting and participating with the plaintiff, Anthony Jackson in / with his fraudulent and perjury petition that were filed against me in the court records; however, he had a chance to stop his involvement, after heard the argument and he saw the Fraud and perjury petition and after he heard the testimonial of Mrs. Pugh who was from the tax department and after she had provided and filed into court records the tax document as Exhibit ( A ) for the court records, instead of addressing the perjury and fraud and the criminal acts and the improper ethical manner before him by the counsels he went on and participated with their conspiracy plan intentionally to get plaintiff disqualified from the governor's race.

9.

Plaintiff advised this court that William Jorden have engaged in improper ethical by supporting and participating by not reporting Anthony Jackson to the East Baton Rouge Sherif Office for his fraudulent and perjury petition that were filed against plaintiff in the 19th JDC, court records; however, the Fraudulent and perjury Petition was prepared by the defendants and the defendant's counsels in which they had personal knowledge of.

10.

Plaintiff advised this court that William Jorden have engaged in improper ethical by supporting and participating by not reporting the attorneys, Alvin Johnson and attorney Cherie Teamer Henley to Louisiana Attorney Disciplinary Board and by not reporting them to the East Baton Rouge Sherif Office for their involvement in the fraudulent and

perjury petition that were filed against plaintiff in the 19th JDC, court records; however, the Fraudulent and perjury Petition was prepared by the defendants and the defendant's counsels in which they had personal knowledge of.

11.

Plaintiff advised this court that Willam Jorden had personal knowledge that I was not a license attorney so therefore he took advantage of this against me by engaging in a improper ethical manner by supporting and participating with the plaintiff, Anthony Jackson and defendant's counsels in / with the conspiracy, and the fraudulent and perjury petition that were filed against me in the 19th JDC , court records, and by the proceeding that had been taken against plaintiff involving the trial; However, he had a chance to stop his involvement but instead he went on and participated with their conspiracy plan to get me disqualified from the governor's race.

12.

Plaintiff advised this court that Williams Jorden had personal knowledge that I was not a license attorney and that's why he objected to my one day of continue so that I could not retain me a counsel to represent me in these proceedings and therefore he have violated the Code of Judicial Conduct and he had violated my Federal Constitutional Rights intentionally so therefore he took advantage of this opportunity against me by engaging in an improper ethical manner by supporting and participating with the plaintiff, Anthony Jackson and the defendant's counsels with his / their fraudulent and perjury petition that were filed against plaintiff in the 19th JDC. court records, and by the proceedings that had been taken against me involving the trial. However, he had a chance to stop his involvement but instead he went on and participated in their conspiracy plan to get plaintiff disqualified from the governor's race.

13.

Plaintiff advised this court that defendants, attorneys, Cherie T. Henley and Alvin Johnson had requested for their client to be dismissed from the court room while trial was being conducted after I had placed him on the witness stand, even thou the plaintiff had raised objection and the plaintiff was not finishing questioning the defendant, Athony Jackson, Jr. the witness on the stand under oak at the time he was the plaintiff in the suit filed against the plaintiff. However, the 19th JDC, judge ordered that the defendant, Athony Jackson, who was the plaintiff in the case to be dismiss from the court room in spite to my objection because the trial was not over yet, because of the request of the defendants, attorneys and therefore he violated my Constitutional Rights intentionally so therefore he took advantage of this opportunity against me by engaging in an improper ethical manner by supporting and participating with the defendant, Anthony Jackson and the defendant's counsels with his / their Conspiracy by letting their client be dismissed from the court room and trial So that the fraudulent and perjury petition that were filed against me by Athony Jackson and his counsels in the 19th JDC, court records, could not be question and challenge against the defendant, Anthony Jackson, Jr. on my behalf.

14.

Plaintiff advises the court that he did file with the IRS Tax Office for an extension to file plaintiff's taxes and it was granted by the IRS Office ( See Exhibit ( F ) prior exhibit

15.

Plaintiff advises this court that the defendants fraudulent, perjury petition defendant filed in court records against plaintiff contradict the prior attached Exhibit ( C ) the tax

9,

record supervisor from the office of the governor who had prepared and provided and produced into court record for evidence, and her statement she gave under oath to support exhibit ( C ) and the plaintiff's statement under Oath and the IRS extension document plaintiff have gave to the court for evidence to support plaintiff not to be illegally disqualified from the Oct. 14, 2023 Governor's Election, but all was ignored intentionally by the judge, Jorden, because of the Judge Jorden conspiracy plan with the other defendants.

16.

Plaintiff advises the court that the defendant, Anthony Jackson, Jr. went under oath and testified to his fraudulent and perjury petition that he was the plaintiff and all allegation and statements were true and correct, in his petition ; however, his testimonial and his petition contradict the prior attached Exhibit ( C ) the tax record supervisor from the office of the governor who had prepared and provided the tax document and produced into court record for evidence, and her statement she gave under oath testifying to the same to support exhibit ( C ) that she had prepared and provided to the court for evidence and the plaintiff's statement under Oath he also gave and the IRS extension document plaintiff have gave to the court for evidence to support plaintiff not to be illegally disqualified from the Oct. 14, 2023 Governor's Election , but all was ignored intentionally by the judge, Jorden, because of the Judge Jorden conspiracy plan with the other defendants.

17.

Plaintiff advises this court to Regards to such notice and opportunity to be heard to which plaintiff was entitled to by both the Federal Constitution and the Constitution of the State of Louisiana as well as the laws, statutes and the Rules of the Court of the State of Louisiana which provide and guaranteed due process, equal protection, and access to the courts all in which the court, Judge William Jorden and the defendant and the defendant's counsels interfered with, because of his conspiracy intentionally with the defendant and defendant's counsels so that plaintiff could be illegally disqualified from the Governor's Race.

18..

Plaintiff advises to the court that plaintiff had filed 1st motion to appeal his decision to the 1st Circuit Court of Appeals and the Judge, B/M William Jorden denied my motion and request, because of his conspiracy with the plaintiff ,B/M and the plaintiff's counsels , B/M and B/F so that I could be disqualified from the Governor's Race and then I appealed that 2nd motion to the First Circuit Court of Appeals and the Judge, Williams Jorden denied my motion again, because of his conspiracy with the plaintiff and the plaintiff's counsels so that I could be disqualified from the Governor's Race and I filed a 3rd motion to stay proceeding pending appeal and the court denied that motion to, because of his conspiracy with the plaintiff and the plaintiff's counsels so that I could be disqualified from the Governor's Race and I then filed a 4th motion to recuse him, and he denied that motion too, because of his conspiracy with the plaintiff and the plaintiff's counsels so that I could be disqualified from the Governor's Race at that time the election was over.

19..

Plaintiff advises this court that his appeal rights were constantly violated intentionally by the 19th JDC, court by denying all my motions so that I could not get to the First Circuit Court of Appeals where his decision could have been challenged by the 1st Circuit of

Appeals Courts, because of his conspiracy with the defendant and the defendant's counsels so that plaintiff could be disqualified from the Governor's Race. (SEE Exhibit E, F & G )

20.

Plaintiff advises this court that his appeal rights were constantly violated intentionally by the 19th JDC, court by denying all my motions so that I would not be able to get to the First Circuit Court of Appeals so they could not hear my case, because he knew that the 1st Circuit of Appeals Courts would reverse his wrongful decision and order my name to place back on the October's Election Governor' Ballot.

21.

Plaintiff' s believes that he is entitled to Injunctive relief against Judge, WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, et al

22.

Plaintiff' s believes that he is entitled to Injunctive relief against THE 19TH JUDICIAL DISTRICT COURT, FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE, et al

23.

Plaintiff alleges to the court that Judge Jorden should not have engage himself in the conspiracy with the other defendants against plaintiff and then he wants to run and hide under the eleventh Amendment for a defense when he has personally knowledge that his criminal conspiracy actions was well planned intentionally against plaintiff that caused the plaintiff to be legally disqualified from the Oct. 14, 2023 G.E. race

24.

Plaintiff had personal knowledge to know what he was doing was wrong, because he was a prior D A for the New Orleans Parish Office and he had prosecuted over hundreds of criminal cases against individually.

25.

Plaintiff advises to the court that defendants were properly served pursuant to the D. C. Code by certified mail with signature receipts. Before the plaintiff mail out the certified mails the plaintiff put the individually full name on the envelopes and the green return cards who they are address to and plaintiff also pay to ensure an electronic signature to be obtain from the U.S.P.O. website.

SPECIAL NOTE: Please see the attached letters from other U.S.P.O. Supervisor reaching out to help plaintiff concerning the mail problems, defects, and or mail fraud

Plaintiff advises the court that he has made numerous of complaints against the Baton Rouge mail route driver(s) with the local authorities and the U.S.P.O. supervisors from the Mail route drivers headquarters, supervisors, but to know help.

NOTE:

Plaintiff advises court on the green card and the envelope this is how they were caption,

Please attached Exhibit ( A, 1-2 )

*11*

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL
DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH
COURT
300 NORTH BLVD.
BATON ROUGE, LA. 70801

And

THE 19TH JUDICIAL DISTRICT COURT, FOR THE EAST BATON ROUGE PARISH COURT
300 NORTH BLVD.
BATON ROUGE, LA 70801


PLEASE SEE EXHIBIT ( B , 1-3 ) DEFENDANTS SERVICE INFORMATION this was the 2nd
                time plaintiffs had serve defendant by certified mails with return receipts

SPECIAL NOTE:
                Plaintiff alleges to the court that plaintiff's green cards did not return,
because of the conspiracy between William Jorden and the mail route drivers, because
plaintiff have sent prior mails to the same, but no green cards returned, Please see Exhibit
supervisor speaks out concerning green cards( C, 1-3 ) these were served on defendants,
but know green cards return, but U.S.P.O. did get electronic signatures ) also see Exhibit
D, E, and F other locations supervisors reach out to help plaintiff, but to no avail plaintiff
have more in his possession.

SPECIAL NOTE: ) DEFENDANTS SERVICE INFORMATION this was the 1st  time plaintiffs
                had serve defendant by certified mails with return receipts, please see
                Exhibit ( G ) another location supervisor speaks out again against the
                defendants and the Baton Rouge U.S.P.O. mail route driver to support
                plaintiff's claims against the constant mail defects and the mail fraud.

    Plaintiff advises court that he went personally to the Baton Rouge U.S.P.O. locations
and spoke with the supervisor and they advised me that it wouldn't happen again, but it
continues.


    Plaintiff advised this court that plaintiff request and plaintiff should be able to reserve
the defendants through personal service to prevent further mail problems and or to
prevent further mail fraud that the plaintiff's alleged that have been going on between
defendants and the mail route drivers for better justice.
                26.
    Plaintiff have filed a complaint with the U.S.D.O.J. Office and the U.S.F.B.I. Office in
Washington, D C concerning the Rico Act and concerning other federal statutes and laws
against these defendants for their alleged criminal conspiracy actions against plaintiff that
caused plaintiff to be illegally disqualified out of the Oct. 14, 2023 Governor's Election and
plaintiff have not received a response from their at this time.
                27.

12.

Plaintiff have forward this criminal complaint with the State of Louisiana Attorney General Office and their office advised plaintiff that their office would not investigate plaintiff's criminal complaint and bring charges against defendants and the other defendants, his conspirators with the clear convincing court evidence documents that plaintiff had provided their office with from plaintiff original complaint attached Exhibits to plaintiff's Judicial Notice as Rule 201 with to start an criminal investigation against the defendants, but their office refused; however plaintiff is grieved to learn that the State of Louisiana Attorney General Office could defend the defendant, Jordan in his wrongful criminal conspiracy acts involving and the planned conspiracy by the participating in the other defendants and defendant's, Anthony Jackson, Jr. fraudulent and perjury petition that caused plaintiff to be illegally disqualified from the Oct. 14, 2023 Govern's Election that plaintiff had filed thereafter against defendants in the U.S.D.C. for DC.

28.

Plaintiff alleges at all time pertinent hereto, plaintiff enjoyed a clearly establish right to life, liberty, property, right to Due Process and equal protection of the law guarantee to plaintiff and a right to confront his accusers and the pursuit of happiness and the right to privacy rights under the Fourteenth Amendment to the United States Constitution and a right to freedom of association, and to petition the government for redress of grievances under the First amendment to the United States Constitution, Louisiana Constitution, Article 1, Section 2 all which defendant(s) , the judge, court interfered with, because of his conspiracy intentionally with the defendant and defendant's counsels so that I could be disqualified from the Governor's Race.

29.

Plaintiff alleges at all time pertinent hereto, plaintiff enjoyed a clearly establish right to life, liberty, property, right to Due Process and equal protection of the law guarantee to plaintiff and the pursuit of happiness and the right to privacy rights under the Fourteenth Amendment to the United States Constitution and a right to freedom of association, and to petition the government for redress of grievances under the First amendment to the United States Constitution, Louisiana Constitution, Article 1, Section 2 all which defendant(s) the judge, court interfered with, because of his conspiracy intentionally with the defendant and defendant's counsels so that I could be disqualified from the Governor's Race.

WHERFORE, plaintiff prays that this court would give plaintiff an opportunity to prove to this court that conspiracy, perjury and fraud and the criminal acts and the improper unethical manner by the judge, Jordan, and 19th JDC, court were committed against plaintiff intentionally, because of his conspiracy with the defendant and defendant's counsels to get plaintiff's name to be illegally remove and to get plaintiff to be legally disqualified from the Governor's Ballot concerning the October 14, 2023 Election, because Defendant, Jordan intentionally overlooked the fraud and the perjury and the criminal acts and the improper unethical manner intentionally that were committed against plaintiff by the others defendants, his conspirators. This conspiracy was well planned, because the way I was served the Petition on a Saturday morning to come to court for the following Tuesday morning and because how the Judge, Jordan intentionally had plotted and done injustice to plaintiff by violating the Code of Judicial Conduct and by not taking legal actions against the other defendants, counsels who had violated the Rule of Professional Conduct and who had violating the laws of the State of Louisiana by

concealing the fraud and perjury petition file in the court and while the trial was being held in the court proceedings. Plaintiffs have no other recourse for justice except through this court. Plaintiff seeks justice against the judge, 19th JDC, court and the defendant and the defendant's counsels that caused this (conspiracy) and harm against plaintiff.

WHEREFORE plaintiff further pray that this honorable court would maintain jurisdiction and venue for better justice against, Judge Jorden and the rest of the defendants and plaintiff prays that defendant, Jorden would not be immune from his unethical action and his criminal action by involving himself with the other defendants in their conspiracy plan and plot against the plaintiff that caused the plaintiff to be illegally disqualified from the October 14, 2023 G. E. race.

WHEREFORE plaintiff further pray that this honorable court would issue an order to allow the plaintiff to reserve the defendants, because of the intentionally, constantly conspiracy of the mail fraud and or because the intentionally, constantly U.S.P. O. mail defects by the U.S.P.O. delivery route mail drivers' conspiracy involvement with the defendants and the U.S.P.O. delivered route mail driver(s) for better justice against, Judge Jorden and the rest of the defendants .

Thank you,

OSCAR C. DANTZLER, JR.
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(504)554-1818
Email-Oscardantzler@yahoo.com

14.

MAY IT PLEASE THE COURT:

PLAINTIFF'S LETTER TO SUPPORT PLAINTIFF'S CASE AND THE U.S.P.O.

MAIL DEFECTS AND THE U.S.P.O. MAIL FRAUD

THIS IS HOW PLAINTIFF'S EVENLOPES, AND PLAINTIFF'S GREEN CARDS BE

WITH SIGNATUTE RETURN RECEIPTS BE FILLED OUT AND PLACED AND

SEALED ON THE EVENLOPES AND THE GREEN CARDS WITH SIGNATURE

RETURN RECEIPTS BEFORE THEY ARE MAILED BY THE U.S.P.O. MAIL CLERK (

PLAINTIFF HAVE WITNESSES ON STANDBY, IF NEEDED )

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS
CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE
FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT
300 NORTH BLVD.
BATON, ROUGE, LA. 70801

DOUGLAS WELBORN INDIVIDUALLY AND IN HIS
CAPACITY AS THE CLERK OF COURT FOR THE
EAST BATON ROUGE PARISH COURT
300 NORTH BLVD.
BATON, ROUGE, LA. 70801

I declare under the penalty of perjury under the laws of the United
States of America, that the foregoing is true and correct to the best of my
knowledge, information and belief.

_____

**Oscar Dantzler**

**EXHIBIT ( A )**

15·



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]            □ Agent
                         □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 4/19/24

1. Article Addressed to:

ALVIN JOHNSON INDIVIDUALLY AND IN HIS CAPACITY AS AN ATTORNEY THROUGH DAVIS, JOHNSON, AND TEAMER ATTORNEY, LLC, 2661 GRAVIER STREE STE ( B) NEW ORLEANS, LA 70119

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

9590 9402 8619 3244 8568 11

3. Service Type
□ Adult Signature
□ Adult Signature Restricted...
☑ Certified Mail®
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

7017 0190 0000 7654 9077

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

NEW ORLEANS LA 700
19 APR 2024 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8619 3244 8568 11

United States
Postal Service

•.Sender: Please print your name, address, and ZIP+4® in this box®

OSCAR DANTZLER
P.O BOX 1474
LIVINGSTON, LA. 70754

70754-147474

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

New Orleans, LA 70119                    0754
                                         12
Certified Mail Fee  $4.40
$                                $3.65
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)        $  $0.00
□ Return Receipt (electronic)      $  $0.00      Postmark
□ Certified Mail Restricted Delivery $ $0.00      Here
□ Adult Signature Required         $  $0.00
□ Adult Signature Restricted Delivery $ $0.00
Postage                            $8.50
$
Total Postage and Fees
$17.55                                   04/17/2024
Sent To  Alvin Johnson
Street and Apt. No., or PO Box No.  2661 Gravier ste (B)
City, State, ZIP+4®  New Orleans, LA 70119

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

16.                                                           1.



## CERTIFIED MAIL® RECEIPT

New Orleans, LA 70119

Certified Mail Fee $4.40                    0754
                                            12

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $4.27

Total Postage and Fees $12.32

Sent To Cherie Teamer Henly

Street and Apt. No., or PO Box No. 661 Gravier Street ste (B)

City, State, ZIP+4® New Orleans LA 70119

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

USPS TRACKING #

9590 9402 8619 3244 8568 73

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

OSCAR DANTZLER
P.O BOX 1474
LIVINGSTON, LA. 70754

---

**SENDER: COMPLETE THIS SECTION**

☑ Complete items 1, 2, and 3.
☑ Print your name and address on the reverse so that we can return the card to you.
☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHERIE TEAMER HENLEY INDIVIDAULLY AND IN
HER CAPACITY AS AN ATTORNEY THROUGH DAVIS,
JOHNSON, AND TEAMER ATTORNEY, LLC
2661 GRAVIER STREE STE ( B)
NEW ORLEANS, LA 70119

9590 9402 8619 3244 8568 73

2. Article Number (Transfer from service label)

7017 0190 0000 7654 9114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 4/19/24

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

17.

2.

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70200640000131441180

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:53 am on April 18, 2024 in BATON ROUGE, LA 70801.

Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BATON ROUGE, LA 70801
April 18, 2024, 7:53 am

**Arrived at USPS Regional Facility**
BATON ROUGE LA PROCESSING CENTER
April 17, 2024, 11:11 pm

**Departed Post Office**
LIVINGSTON, LA 70754
April 17, 2024, 4:04 pm

**USPS in possession of item**
LIVINGSTON, LA 70754
April 17, 2024, 3:04 pm

**Hide Tracking History**



**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

18.





# roduct Tracking & Reporting

**UNITED STATES POSTAL SERVICE** ®

Home        Search        Reports        Manual Entry        Rates/        PTR / EOW        Customer        April 22, 2024
                                                              Commitments                        Information

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 7020 0640 0001 3144 1180**

**This item was delivered on 04/18/2024 at 07:53:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    ⌄        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

*19.*

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70170190000076549060

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:53 am on April 18, 2024 in BATON ROUGE, LA 70801.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BATON ROUGE, LA 70801
April 18, 2024, 7:53 am

**Arrived at USPS Regional Facility**
BATON ROUGE LA PROCESSING CENTER
April 17, 2024, 11:11 pm

**Departed Post Office**
LIVINGSTON, LA 70754
April 17, 2024, 4:04 pm

**USPS in possession of item**
LIVINGSTON, LA 70754
April 17, 2024, 3:02 pm

**Hide Tracking History**



**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

20.



# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE ®

Help

April 22, 2024

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7017 0190 0000 7654 9060

**This item was delivered on 04/18/2024 at 07:53:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ▼    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

LaPlace Post Office
190 Belle Terre Blvd.
LaPlace, LA 70068
**UNITED STATES**
**POSTAL SERVICE**

To whom it may concern:                                              04/16/2024

Oscar Bantzler
1203 Apple St.
Hammon, LA 70401

Tracking numbers: EI678811008US, EI678810991US, EI678810974US

All of these tracking numbers above show signed for on April 11, 2024, at 11:14 am.
Return receipt cards were mistakenly returned to receiver and not the sender.
Please see attached signature photo's showing these 3 express packages were
delivered and singed for.

If you have any more concerns or questions, please do not hesitate to contact us.
We will be glad to serve you. Thank you for choosing the United States Postal
Serice.

Thank you,

Michelle Lowrie
Acting Customer Services Supervisor
LaPlace Post Office
985-651-6151

# USPS Tracking®

FAQs >

**Tracking Number:**

**EI678810974US**

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**THURSDAY**

**11** April
2024 ⓘ

by
**6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 7:44 am on April 11, 2024 in
BATON ROUGE, LA 70801 to 222 ST LOUIS. The item was signed for by R TOVAL.

_____

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BATON ROUGE, LA 70801
April 11, 2024, 7:44 am

● **Out for Delivery**
BATON ROUGE, LA 70801
April 11, 2024, 6:10 am

● **Arrived at USPS Regional Facility**
BATON ROUGE LA PROCESSING CENTER
April 10, 2024, 6:55 pm

● **Departed Post Office**
LIVINGSTON, LA 70754

Feedback

23

1.

# USPS Tracking®

**FAQs >**

**Tracking Number:**                                            **Remove** ✕

## EI678811008US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

# THURSDAY

# 11 April
2024 ⓘ

by
**6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 7:44 am on April 11, 2024 in BATON ROUGE, LA 70801 to 222 ST LOUIS. The item was signed for by R TOVAL.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BATON ROUGE, LA 70801
April 11, 2024, 7:44 am

**Out for Delivery**
BATON ROUGE, LA 70801
April 11, 2024, 6:10 am

**Arrived at USPS Regional Facility**
BATON ROUGE LA PROCESSING CENTER
April 10, 2024, 6:55 pm

**Departed Post Office**
LIVINGSTON, LA 70754

Feedback

24.

2.



# USPS Tracking®

**FAQs >**

---

**Tracking Number:**

**Remove ✕**

## EI678810991US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

# THURSDAY

# 11 April 2024 ⓘ

by

**6:00pm** ⓘ

Your item was delivered to the front desk, reception area, or mail room at 7:44 am on April 11, 2024 in BATON ROUGE, LA 70801 to 222 ST LOUIS. The item was signed for by R TOVAL.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BATON ROUGE, LA 70801
April 11, 2024, 7:44 am

**Out for Delivery**
BATON ROUGE, LA 70801
April 11, 2024, 6:10 am

**Arrived at USPS Regional Facility**
BATON ROUGE LA PROCESSING CENTER
April 10, 2024, 6:55 pm

**Departed Post Office**
LIVINGSTON, LA 70754

Feedback



25

3.

Find messages, documents, photos or people | Advanced ▼

← Back  ↩  ↩  ↪  ▤ Archive  ⊡ Move  🗑 Delete  ⊘ Spam  •••  ︿  ﹀  ✕

**Subject:** RE: Customer Complaint...

Good morning,

I will forward this email to my manager.

**From:** Spears, Catina T - Livingston, LA
**Sent:** Saturday, March 30, 2024 12:05 PM
**To:** Richardson, Troynicka - New Orleans, LA; Howard, Melanie K - New Orleans, LA

**Subject:** Customer Complaint...

Good Morning,

I had a customer come in with an ongoing complaint that has been going on dating back 6 months ago. He has been trying to serve court documents to the President at a medical center for court. He sends them Express mail with a signature required. The last four he has mailed has been scanned waived and delivered by City Carrier 57 at the Baton Rouge Southeast station. He mailed 1 out of the 4 here on 03/28/2024, and the same thing occurred where it was waived. He complained to the manager at the Southeast station once it happened twice and then a 3rd and 4th time occurred afterwards. I have tracking for two of them, one was scanned as a firm book waived & delivered to the mailbox and the other was just waived and delivered to the front desk. Our Postmaster here had a clerk highlight the express mail and print large on the front of it that a signature was required, and it did not help. The customer has exhausted all his options and is at a stand still on what to do and asked if I can help him since the clerk that helped him the other day here was gone for the day. I told him I would send a message to help. Can you help him out? He claims the President is not getting the court papers and has not showed up in court because the signature is being waived by us at USPS and not someone in that medical center. He has in a folder all the express mails he has mailed and how each was waived or signed by a USPS employee. You can give him a call at the number below for detailed information on what all has transpired.

EE374502759US (firm book hold scan delivered in the mailbox)
EI499621406US (scan waived and delivered at front desk)

Customer name: Mr. Oscar
Customer contact: (225) 436-9291

Thanks,

Catina Spears



26

*Exhibit* *D*

Your USPS Service Request #63303460 Has Been Resolved! [ ref:!00Dj00GyYH.!500BY02EcS2:ref ]

From: USPS Customer Support (uspscustomersupport@usps.gov)

To:    oscardantzler@yahoo.com

Date:  Monday, April 29, 2024 at 11:42 AM CDT



Dear Oscar Dantzler,

This is in response to your inquiry regarding the delivery of a package.
Please accept our sincere apology for any inconvenience this matter may
have caused you.

The Postal Service is aware of the frustration and disappointment caused
when we do not live up to our commitment of safe and reliable mail
service.

**Someone from our office has been trying to reach you regarding your
certified letter delivery. At this time, I do not see an arrival at unit
scan on this tracking. Unfortunately, it may come without getting an
arrival at unit scan on it. If it doesn't be too much for me to ask,
would be reach out to the sender to verify if they received your letter
or not. We do apologize for the inconvenience this may cause.**

An apology is no substitute for good service, but I want to offer one on
behalf of the Postal Service.  We appreciate your reporting this matter to
us.  It helps to know the kinds of difficulties our customers have so we can
work toward improvements.  The information you have provided will be
shared with management as they continue their efforts to improve service
performance in your area.

Thank you for the opportunity to address this matter with you.  If you have
any questions, please contact me.

Sincerely,

Jessica Holiday
Supv Customer Services

**225.381.0325**
*********
You may receive an invitation to participate in a survey
from postalexperience@opinions-inmoment.com regarding your recent
interaction with the USPS employee who assisted you with this service
request.  Please complete the survey so that, if necessary, we can improve
your experience. We value your feedback.

Your privacy is important to us.  If you would like additional information on
our privacy policy, please visit us online at: www.usps.com/privacypolicy.
00X:0000009111dEAC

ref:!00Dj00GyYH.!500BY02EcS2:ref

27.

E.

USPS Notification - First Contact

From: USPS Customer Support (uspscustomersupport@usps.gov)
To: oscardantzler@yahoo.com
Date: Wednesday, April 24, 2024 at 02:22 PM CDT



Dear Oscar Dantzler,

Thank you for contacting the United States Postal Service®. Your inquiry
has been received and a Service Request has been created - #63303460.

Your service request has been forwarded to a USPS representative for
review and investigation. Our records indicate that your package is
currently in transit to its destination for delivery. We will contact you within
three business days as additional information is available or the issue has
been resolved.

We appreciate your patience while we investigate this matter.

Regards,

USPS

28

F.

LaPlace Post Office
190 Belle Terre Blvd.
LaPlace, LA 70068

**UNITED STATES**
**POSTAL SERVICE**

May 18, 2024

To whom it may concern:

Oscar Bantzler
1203 Apple St.
Hammond, LA 70401

Tracking#:7020064000131441180,7017019000076549060,7020064000131441173

All these tracking numbers above show signed for on April 18, 2024, between 11:15 and 11:16am. Return receipt cards were mistakenly returned to receiver and not the sender. Please see attached signature photo's showing these 3 certified(s) were delivered and singed for.

If you have any more concerns or questions, please do not hesitate to contact us. We will be glad to serve you. Thank you for choosing the United States Postal Service.


Thank you,

Michelle Lowrie
Acting Customer Services Supervisor
LaPlace Post Office
985-651-6151

29.

Exhibit G

STATE OF LOUISIANA

PARISH OF TANGIPAHOA

<u>**VERIFICATION**</u>

**BEFORE ME, Notary Public, personally came and appeared**

**OSCAR DANTZLER**

A resident of the full age of majority of Tangipahoa Parish,
Louisiana, who upon being duly sworn did depose and state that he
is the plaintiff in the above foregoing complaint, that he has read
the same, and all facts and allegations contained therein are true
and correct to the best of his knowledge, information, belief._

_Oscar Dantzler_
_____
**Oscar Dantzler**

-------------------------------------------------
**Affiant**

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this _
3rd
----------- DAY OF ---April----------------------------, 2024.

_Annie Laurie Seeger_
-----------------------------------------
**NOTARY PUBLIC**
Annie Laurie Seeger
#155966

30.

## UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**

Oscar Dantzler
1203 Apple Street
Hammond, La. 70401
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE 1:24-CV-00986

JUDGE, REYES, ANA C

VERSUS

**DEFENDANTS**

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH
JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON
ROUGE PARISH AND AGENT ONE-FIVE AND YOLANDA CEZAR, INDIVIDUALLY
AND IN HER CAPACIPTY AS AN ATTORNEY THROUGH THE LOUISIANA
ATTORNEY DISCIPLINARY BOARD AS THE SCREENING COUNSEL FOR THE
LOUISIANA ATTORNEY DISPLINARY BOARD , ET, AL

TO: United States District Court for the District of Columbia
   Clerk of Court Office
   333 Constitution Avenue N.W., Room 1225
   Washington, D.C. 20001
   202-354-3080

Enclose you would find plaintiff's motion opposition to defendant's notice of anticipated

dispositive motion with attached exhibits.  A total of 30 pages plus cover sheet. Please, file

into court records and present to judge.

Thank you,

OSCAR C. DANTZLER, JR.
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(504)554-1818
Email-Oscardantzler@yahoo.com