UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

Oscar Dantzler  
1203 Apple Street  
Hammond, La. 70401  
P.O. Box 1786  
Hammond, La 70404  
504-554-1818  
oscardantzler@yahoo.com

CASE 1:24-CV-00986

JUDGE, REYES, ANA C

VERSUS

DEFENDANTS

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE AND YOLANDA CEZAR, INDIVIDUALLY AND IN HER CAPACIPTY AS AN ATTORNEY THROUGH THE LOUISIANA ATTORNEY DISCIPLINARY BOARD AS THE SCREENING COUNSEL FOR THE LOUISIANA ATTORNEY DISPLINARY BOARD , ET, AL

### PLAINTIFF'S OPPOSITION SUPPLEMENTAL MOTION TO DEFENDANT'S NOTICE OF ANTICIPATED DISPOSITIVE MOTION

NOW INTO COURT COMES, the plaintiff, Oscar Dantzler, Jr., a resident of full age of majority of the Parish of Tangipahoa, State of Louisiana, and a citizen in the United States of America with PLAINTIFF'S OPPOSITION SUPPLEMENTAL MOTION TODEFENDANT'S NOTICE OF ANTICIPATED DISPOSITIVE MOTION and respectfully shows that it would be in the best interest of justice to wit:

A.

Plaintiff's embraces this Honorable Court.

B.

Plaintiff advises court that plaintiff have filed in plaintiff's original complaint Jurisdiction for Federal Question, 28 U.S.C. Section 1367 affording supplemental



**RECEIVED**

MAY 21 2024  
Clerk, U.S. District & Bankruptcy  
Court for the District of Columbia

jurisdiction over Plaintiff's state law claims and jurisdiction pertaining to other Federal Statures and Jurisdiction under the United States Federal Constitutional in which plaintiff will refer the court to plaintiff's original complaint and Jurisdictions and jurisdiction and under the provision of the Rico Act, 18 U.S.C. 1961-1968..........etc

**Obstruction of justice,**

in United States jurisdictions, is an act that involves unduly influencing, impeding, or otherwise interfering with the justice system, especially the legal and procedural tasks of prosecutors, investigators, or other government officials. Common law jurisdictions other than the United States tend to use the wider offense of perverting the course of justice.

Obstruction can include crimes committed by judges, prosecutors, attorneys general, and elected officials in general.

1.
Plaintiff advises this court that he suited WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH COURT AND AGENT ONE-FIVE

2.
Plaintiff advises this court that he suited THE 19TH JUDICIAL DISTRICT COURT OFFICE FOR THE EAST BATON ROUGE PARISH COURT AND THEIR AGENT ONE

3.
Plaintiff wishes to supplement additional statements and allegations against defendant, Jorden.

A.
Plaintiff advised this court that William Jorden has engaged in improper ethical by supporting and participating with Anthony Jackson in / with his fraudulent and perjury petition that were filed against plaintiff in the 19 JDC, court and by ordering defendant, Jorden plan, by his conspirators, the court officials, court reporter(s), and the judicial administrator office not to turn over plaintiff's transcript request that the plaintiff had filled out the proper transcript paperwork to obtain such a copy after plaintiff had paid the necessary money for such to be turn over to plaintiff, but they refused, because of their conspiracy with defendants to violated the plaintiff's rights intentionally, because of his conspiracy with other defendants to continue to keep his improper ethical from being reveal and to conceal the violations of plaintiffs rights being reveal this is why defendant, Jorden refuses to have a copy of the transcript of the trial to be turn over to the plaintiff.

B.
Plaintiff advised this court that William Jorden has engaged in improper ethical by supporting and participating with Anthony Jackson in / with his fraudulent and perjury petition that were filed against plaintiff in the 19 JDC, court and by conspiring with defendant, Welborn and his employees, deputy clerks not to turn over plaintiff transcript request after plaintiff had paid the necessary money for such to be turn over to plaintiff, but they refused, because of their conspiracy with defendants to violated the plaintiff's rights intentionally to cover up defendant, Jordan constantly violations of plaintiff rights.

## C.

Plaintiff advised this court that William Jorden have engaged in improper ethical by supporting and participating with the defendant, Welborn and his employees, deputy clerks conspiring with them to not turn over plaintiff transcript request after plaintiff had paid the necessary money for such to be turn over to plaintiff, but they refused, because of their conspiracy with defendants Jordan to continue to violated the plaintiff's rights , because the transcript would prove that defendant, Jorden intentionally, willfully, and constantly violated the plaintiff rights while he was conducting trial against plaintiff.

WHEREFORE, plaintiff pray that this court would maintain all claims against defendant, Jordan and maintain jurisdiction and venue and plaintiff further pray that defendant, Jordan would not get immunity by this court concerning his alleged criminal conspiracy acts and defendants improper ethical acts against the plaintiff.

Respectfully submitted,

_____
OSCAR C. DANTZLER, JR.
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(504)554-1818
Email-Oscardantzler@yahoo.com

UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

Oscar Dantzler
1203 Apple Street
Hammond, La. 70401
P.O. Box 1786
Hammond, La 70404
504-554-1818
oscardantzler@yahoo.com

CASE 1:24-CV-00986

JUDGE, REYES, ANA C

VERSUS

    DEFENDANTS

WILLIAM WILL JORDEN INDIVIDUALLY AND IN HIS CAPACITY AS THE 19TH JUDICIAL DISTRICT COURT, JUDGE FOR DIVISION ( C ) FOR THE EAST BATON ROUGE PARISH AND AGENT ONE-FIVE AND YOLANDA CEZAR, INDIVIDUALLY AND IN HER CAPACIPTY AS AN ATTORNEY THROUGH THE LOUISIANA ATTORNEY DISCIPLINARY BOARD AS THE SCREENING COUNSEL FOR THE LOUISIANA ATTORNEY DISPLINARY BOARD , ET, AL

TO: United States District Court for the District of Columbia
  Clerk of Court Office
  333 Constitution Avenue N.W., Room 1225
  Washington, D.C. 20001
  202-354-3080

  Enclose you would find plaintiff's supplemental motion opposition to defendant's notice of anticipated dispositive motion. A total of 3 pages plus a cover sheet. Please, file into court records and present to judge.

Thank you,

OSCAR C. DANTZLER, JR.
1203 Apple Street
Post Office Box 1786
Hammond, Louisiana 70403
(504)554-1818
Email-Oscardantzler@yahoo.com